IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SIOUX CHIEF MFG. CO., INC., et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 13-0036-CV-W-ODS |
| ) | |
| KATHLEEN SEBELIUS, ) | |
| Secretary of the United States Dept. ) | |
| of Health and Human Services, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER (1) GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY INJUNCTION; AND (2) GRANTING DEFENDANT'S UNOPPOSED MOTION TO STAY PROCEEDINGS

Before this Court is Plaintiff's Unopposed Motion for Preliminary Injunction (Doc. # 4) and Defendant's Unopposed Motion to Stay Proceedings (Doc. # 8). The Court grants both Motions.

Plaintiffs move for a preliminary injunction, staying enforcement of the Health and Human Service regulations requiring Plaintiffs to provide its employees insurance coverage for "[a]ll Food and Drug Administration approved contraceptive methods, sterilization procedures, and patient education counseling for all women with reproductive capacity." 77 Fed. Reg. 8725. Defendants do not oppose Plaintiff's Motion pending the Eighth Circuit's decision in *Annex Medical, Inc. v. Kathleen Sebelius*, No. 13-1118 (8th Cir. Feb. 1, 2013) or *O'Brien v. U.S. Dep't of Health and Human Services*, No. 12-3357 (8th Cir. Nov. 28, 2012), whichever comes first. Because Defendant consents to Plaintiff's Motion, the Motion is granted. Additionally, Defendants move to stay all proceedings in this case until the appeal in *O'Brien* or *Annex Medical* is resolved. Plaintiffs do not oppose this request. Defendants' Motion is granted.

The preliminary injunction and stay will remain in effect until this Court takes further action. Plaintiffs are directed to notify the Court once the Eighth Circuit has rendered a decision.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: February 28, 2013      UNITED STATES DISTRICT COURT